396 A.2d 29

Commonwealth v. Edward Higgins, Jr., Appellant.

Submitted September 12, 1977.
Edward F. Browne, Jr., Assistant Public Defender, for appellant; D. Richard Eckman, District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: Judgments of sentence are vacated and case is remanded for resentencing by the lower court for either criminal attempt or possession of an instrument of crime. See, *Commonwealth v. Crocker*, 256 Pa.Super. 63, 389 A.2d 601 (1978).

WATKINS, former P. J., and HOFFMAN, J., did not participate in the consideration or decision of this case.